# RETURN OF SERVICE

**State of United States**　　　　County of District Court　　　　District Of Delaware Court

Case Number: 1:21-CV-01748-UNA

Plaintiff:
**Daniel Negrete**

vs.

Defendant:
**LIVEFREE EMERGENCY RESPONSE LLC & Q-SYNERGY LLC**

For:
W. Christopher Componovo
KIMMEL & SILVERMAN, P.C.
30 E Butler Pike
Ambler, PA 19002

Received by Claims Confirmation Specialists on the 12th day of January, 2022 at 4:59 pm to be served on **Q-SYNERGY LLC, 19219 Brown Road, Lutz, FL 33559**.

I, Kenneth W. Sullenberger Jr, do hereby affirm that on the **13th day of January, 2022** at **12:15 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint and Civil cover sheet** with the date and hour of service endorsed thereon by me, to: **David Johnson** as **Manager** for **Q-SYNERGY LLC**, at the address of: **19219 Brown Road, Lutz, FL 33559**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/13/2022  12:15 pm  The business is located within a home. I was met by David Johnson who informed me that he is the Manager at Q-Synergy LLc and Qsulting who is the listed registered agent for the LLC at this address. When I informed Mr. Johnson that I was a process server he snatched the documents from my hand and refused to give them back so I could endorse them with the service information. He then slammed the door and told me "I better get off the property now" I explained i needed the documents back and he then replied "I told you to leave the property"

**Description** of Person Served: Age: 40, Sex: m, Race/Skin Color: white, Height: 5'8, Weight: 160, Hair: brown, Glasses: n

## RETURN OF SERVICE For 1:21-CV-01748-UNA

I certify that I am over the age of 18, have no interest in the above action, and "Under penalties of perjury. I declare that I have read the foregoing and that the facts stated in it are true"

*[signature]*

Kenneth W. Sullenberger Jr
02-844939

Claims Confirmation Specialists
309 Jeanal Place
Tampa, FL 33612
(813) 931-8599

Our Job Serial Number: SUL-2022000092

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1t