# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL NEGRETE, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 1:21-cv-01748 (CFC) |
| ) | |
| v. ) | Jury Trial Demanded |
| ) | |
| LIVEFREE EMERGENCY RESPONSE ) | |
| LLC AND QSYNERGY LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, Armand J. Della Porta, Jr., Esquire and Jessica L. Tyler, Esquire of Marshall Dennehey Warner Coleman & Goggin hereby withdraw as counsel for Defendants, LiveFree Emergency Response LLC and QSynergy LLC.  Tracy A. Burleigh, Esquire of Marshall Dennehey Warner Coleman & Goggin hereby substitutes as counsel for Defendants, LiveFree Emergency Response LLC and QSynergy LLC.

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

*/s/ Armand J. Della Porta, Jr.*
Armand J. Della Porta, Jr., Esq. (#2861)
*/s/ Jessica L. Tyler*
Jessica L. Tyler, Esq. (#5458)
1007 N. Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE  19899-8888
(302) 552-4300
ajdellaporta@mdwcg.com
jltyler@mdwcg.com

DATED: May 9, 2022

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

*/s/ Tracy A. Burleigh*
Tracy A. Burleigh, Esq. (#3609)
1007 N. Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE  19899-8888
(302) 552-4304
taburleigh@mdwcg.com